No. 488. BARNES FOUNDATION *v.* RUSSELL. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Mr. Gerald A. Gleeson* for petitioner. *Mr. Thomas Raeburn White* for respondent.

No. 319. MCNABB ET AL. *v.* UNITED STATES. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. E. B. Baker* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for the United States.

No. 563. DAVIDSON *v.* BENNETT, WARDEN;
No. 564. WHITE *v.* RAGEN, WARDEN;
No. 565. CLOSE *v.* RAGEN, WARDEN;
No. 566. GRAY *v.* RAGEN, WARDEN;
No. 571. PHILLIPS *v.* RAGEN, WARDEN;
No. 572. KING *v.* RAGEN, WARDEN;
No. 573. CONN *v.* RAGEN, WARDEN; and
No. 583. ADAMS *v.* RAGEN, WARDEN. November 6, 1944. Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 41. MCCARTHY ET AL., TRUSTEES OF THE DENVER & RIO GRANDE WESTERN RAILROAD CO., ET AL. *v.* BRUNER. See *ante,* p. 673.